## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL VALTINO WATTS, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 18-0480-KD-MU |
| MS. REED, et al., | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge(doc. 17) made under 28 U.S.C. § 636(b)(l)(B) and dated August 4, 2020 is **ADOPTED** as the opinion of this Court.

**DONE** this 31st day of August 2020.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**