IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL VALTINO WATTS, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 18-0480-KD-MU |
| MS. REED, et al., | : | |
| Defendants. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to Fed.R.Civ.P. 41(b).

**DONE** this 31st day of August 2020.


      s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**